**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2102

PEARLINE RUFFIN,

Plaintiff - Appellant,

v.

ANTHEM, INC.,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Lawrence R. Leonard, Magistrate Judge.  (2:21-cv-00251-LRL)

Submitted:  June 22, 2023                                    Decided:  June 26, 2023

Before HARRIS and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Pearline Ruffin, Appellant Pro Se.  David Edward Constine, III, Trial Attorney, Andrew J. Henson, TROUTMAN PEPPER HAMILTON SANDERS LLP, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pearline Ruffin appeals the district court's order granting Anthem, Inc., summary judgment on Ruffin's discrimination, harassment, and retaliation claims, brought pursuant to 42 U.S.C. § 1981.  On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  We have reviewed the record in conjunction with the arguments Ruffin raises on appeal and discern no reversible error.  Accordingly, we affirm the district court's judgment.  *Ruffin v. Anthem, Inc.*, No. 2:21-cv-00251-LRL (E.D. Va. Sept. 23, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*